**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00131-CR**
_____

**CASEY JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR34517**
_____

**MEMORANDUM OPINION**

On March 24, 2022, the trial court accepted Casey Jackson's guilty plea to an indictment alleging that she was violating the law by possessing a firearm as a felon. The trial court deferred adjudicating Jackson's guilt and signed an order placing Jackson on community supervision.

On April 22, 2022, Jackson filed a notice of appeal. The certification the trial court signed shows this is a plea-bargain case and that Jackson has no right of appeal.

1

*See* Tex. R. App. P. 25.2(a)(2). The District Clerk provided the certification to the Court of Appeals.

Four days after Jackson appealed, we notified the parties we would dismiss Jackson's appeal unless she established the trial court's certification was incorrect. Jackson did not respond to our notice.

Since the record lacks a certification to indicate that Jackson has the right to appeal, we dismiss her appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

PER CURIAM

Submitted on May 24, 2022
Opinion Delivered May 25, 2022
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.